United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary F. Hartman, Jr.  
    Debtor

Case No. 16-16203-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith      Page 1 of 2      Date Rcvd: Feb 23, 2017  
                       Form ID: pdf900     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.

```
db            +Gary F. Hartman, Jr.,    59 West Wyomissing Avenue,    Mohnton, PA 19540-1917
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13805115      +AMS Servicing, LLC,    c/o Joshua I. Goldman, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13786047      +Ams Servicing Inc,    3374 Walden Avenue, Suite 120,    Depew, NY 14043-2437
13866269      +U.S. Bank National Association, not in its individ,    Selene Finance LP,
                9990 Richmond Avenue, Suite 400,    South Houston, TX 77042-4546
13839555      +U.S. Bank, NA,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13786048       VERIZON,    P O BOX 920041,    Dallas, TX 75392-0041
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: robertsl2@dnb.com Feb 24 2017 01:49:16     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:49:00
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 24 2017 01:49:22     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13793307      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 24 2017 01:45:54
                Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                Arlington, Tx 76006-1347
13808802      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 24 2017 01:45:55
                Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                Irving, TX 75016-5028
13866278      +E-mail/Text: bankruptcy.notices@selenefinance.com Feb 24 2017 01:48:51
                U.S. Bank National Association, el et.,    C/O Selene Finance LP,
                9990 Richmond Avenue, Suite 400,    South Houston, TX 77042-4546
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                Arlington, Tx 76006-1347
cr*          +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                Irving, TX 75016-5028
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:
```
          ALAINE V. GRBACH    on behalf of Debtor Gary F. Hartman, Jr. avgrbach@aol.com
          FREDERICK L. REIGLE     ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity but solely as Trustee of SW REMIC Trust 2014-1 without recourse
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
```

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Feb 23, 2017
                              Form ID: pdf900          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        THOMAS I. PULEO   on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee of SW REMIC Trust 2014-1 without recourse tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

GARY F. HARTMAN, JR.
                                                  : Bankruptcy No. 16-16203REF
      Debtor(s)                          : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                            BY THE COURT

**Date: February 23, 2017**

                                                            Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ALAINE V GRBACH ESQ
675 ESTELLE DRIVE - REAR
LANCASTER PA 17601-2129

GARY F. HARTMAN, JR.
59 WEST WYOMISSING AVENUE
MOHNTON,PA.19540